**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:                                           Case No. 26-11747-MBK
                                                 Chapter 13

Yashee Parker

Debtor(s).

**<u>NOTICE OF APPEARANCE</u>**

**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 1st day of May, 2026, to the following:

Paul N. Mirabelli
Law Office of Paul N. Mirabelli
3400 Highway 35
PO Box 378
Hazlet, NJ 07730
pmirabelli@verizon.net
*Attorney for Debtor(s)*


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
**Chapter 13 Trustee**


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Yashee Parker
1708 Heck Ave
Neptune, NJ 07753

***Debtor(s)***


By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire