B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF NEW JERSEY

In re  YASHEE PARKER                                    Case No.  26-11747

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Quantum3 Group LLC as agent for Sadino Funding LLC

Name of Transferee

Name and Address where notices  to
transferee should be sent:
Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100

Last Four Digits of Acct #: 9606

Name and Address where transferee
payments should be sent (if different from
above):
Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Phone: (425) 242-7100
Last Four Digits of Acct #: 9606

CONSUMER PORTFOLIO SERVICES

Name of Transferor

Court Claim # (if known): 2
Amount of Claim: 17,993.70
Date Claim Filed:  02/19/2026

Phone:

Last Four Digits of Acct #: 9606

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cassi Cottrell                                    Date: 05/26/2026
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*