Steven Kelly, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON DIVISION)**

| In Re:<br><br>       Yashee Parker<br><br>              Debtor(s) | Chapter 13<br><br>Case Number: 26-11747-MBK<br><br>Hearing: July 8, 2026 @ 9:00 AM |
|---|---|

**CERTIFICATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362(D)(1)**

Movant Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC (hereinafter, the "***Movant***"), by and through its undersigned counsel, Stern & Eisenberg, P.C. hereby submit this Certification in Support of its Motion for Relief from the Automatic Stay (hereinafter, the "***Motion***"), and in support thereof states:

1.   I am the attorney for Movant in the above-captioned Chapter 13 case, and I make this Certification from personal knowledge in support of the Motion.

2.   On December 1, 2020, Yashee Parker (hereinafter, the "***Debtor***") did execute and deliver to Nationstar Mortgage LLC d/b/a Mr. Cooper that certain Note in the original principal amount of $160,470.00 (hereinafter, the "***Note***").

3.   As security for the repayment of the Note, Debtor executed and delivered a certain mortgage to Mortgage Registration Systems, Inc., as Mortgagee, as Nominee for Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter, the "***Mortgage***") as it relates to real property located at 1708 Heck Avenue, Neptune Township, New Jersey 07753 (hereinafter, the "***Property***").

4. The Mortgage was duly recorded in the Office of the Register of Titles and County Recorder of Monmouth County in Book 9467 and Page 1359.

5. Movant is the current holder of the Note and assignee of the Mortgage.

6. On June 11, 2025, Movant caused to be filed a Complaint in Mortgage Foreclosure as to the Property in the New Jersey Superior Court, Monmouth Vicinage, which was assigned case number F-006405-25 (hereinafter, the "*Foreclosure Action*").

7. On November 22, 2025, an Uncontested Order for Final Judgment (hereinafter, the "*Judgment*") was entered in the Foreclosure Action in favor of Movant.  A true and correct copy of the Judgment is attached and affixed hereto as **Exhibit A**.

8. On February 17, 2026, the Property was exposed to a duly noticed and scheduled sale of the Property.

9. The sale was conducted and concluded at 1:08 p.m.

10. On February 17, 2026 (hereinafter, the "*Petition Date*"), Debtor caused to be filed a voluntary petition under Chapter 13 of Title 11 (hereinafter, the "*Code*") at 3:26 p.m., and which was assigned case number 26-11747-MBK.

## **REQUEST FOR RELIEF**

11. Movant avers that there is sufficient grounds, for cause, pursuant to 11 U.S.C. § 362(d)(1) to grant relief as Debtor does not retain any legal or equitable interest in the Property.

12. As noted above, Debtor's legal interest in the Property terminated prior to the filing of the voluntary petition as the sale was conducted and concluded approximately two (2) hours prior to the filing of this case.

13. As such, at the time of filing, Debtor only retained an equitable title via the redemption period set forth under New Jersey Statute, which sets forth a ten (10) day redemption period following the conclusion of a sale of real property.

14. Debtor's right of redemption, however, was extended a period of sixty (60) days pursuant to 11 U.S.C. § 108(b) making the deadline for Debtor to redeem the Property as April 18, 2026.

15. Debtor failed to redeem the Property within the allotted period of time and, as such, the redemption period has been expired and Debtor's equitable right to redeem has lapsed. *See*, *In re Connors*, 497 F.3d 314 (3d Cir. 2007) (quoting, 11 U.S.C. 108(b).

16. As Debtor no longer has either a legal or equitable interest in the Property, Movant moves for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1).

**WHEREFORE**, Movant Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC respectfully requests that this Honorable Court grant its Motion for Relief pursuant to 11 U.S.C. § 362(d)(1) for cause.

Respectfully Submitted:

By:    */s/ Steven Kelly, ESQ.*
Steven Kelly, ESQ.
Stern & Eisenberg, PC
Counsel for Movant

Date: May 28, 2026