Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26–11747–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yashee Parker
1708 Heck Ave
Neptune, NJ 07753

Social Security No.:
xxx–xx–4578

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
## FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/17/2026 and a confirmation hearing on such Plan has been scheduled for 06/17/2026 at 10:00 AM.

The debtor filed a Modified Plan on 06/15/2026 and a confirmation hearing on the Modified Plan is scheduled for 07/29/2026 at 10:00 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

A full copy of the modified Plan will follow this notice.

Dated: June 16, 2026
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 26-11747-MBK

Yashee Parker                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                      Page 1 of 2

Date Rcvd: Jun 16, 2026                   Form ID: 186                              Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yashee Parker, 1708 Heck Ave, Neptune, NJ 07753-4724 |
| cr | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520985987 | + | Mr Cooper / Nationstar Mortgage LLC, c/o Jessica Ann Berry Esq., Greenspoon Marder LLP, 100 W. Cypress Creek Roat Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520986757 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521007913 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2026 21:08:58 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521005726 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 16 2026 21:03:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 520985986 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 16 2026 21:03:00 | Kia Finance, c/o Consumer Portfolio Services Inc, 19500 Jamboree Road Suite 500, Irvine, CA 92612-2437 |
| 521078526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2026 21:08:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521227835 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2026 21:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521227836 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2026 21:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 521023336 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 16 2026 21:03:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520985988 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 16 2026 21:03:00 | Santander Consumer USA, PO BOX 660633, Dallas, TX 75266-0633 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 16, 2026                       Form ID: 186                              Total Noticed: 14

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Paul N. Mirabelli | on behalf of Debtor Yashee Parker pmirabelli@verizon.net  n.pr72254@notify.bestcase.com |
| Steven Eisenberg | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7