UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli Esq
3400 Highway 35 Suite 4
Hazlet, NJ 07730

| In Re: | Case No.: | 26-11747 |
|---|---|---|
| Yashee Parker | Judge: | MBK |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1.    ☒ Motion for Relief from the Automatic Stay filed by _____ Rocket Mortgage _____ , creditor,

A hearing has been scheduled for _____ July 8, 2026 _____ , at __ 9 AM __ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons (choose one):

☐ Payments have been made in the amount of $ _____ , but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

The Debtor has filed a modified Plan (see document 23) which provides for the sale of the property and which provides that Debtor will make adequate proteciton payments to the secured creditor of $1760 which is the amount of the regular monthly mortgage payment. The Debtor has already made 2 payments of $1910.74 each to the secured creditor. The property's current value is $483,000.

☒ Other (explain your answer):

(see attached apprasial marked Exhibit A). From the proceeds of the sale the secured creditors and all the unsecured creditors will be paid in full and any leftover equity will be paid to the Debtor. The sale of the property is in the best interest of all credtiors and the debtor. Based on the foregoing I request that the secured credtior Rocket Mortgage Motion for Relief of Stay be denied.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6-25-26

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*