UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli Esq
3400 Highway 35 Suite 4
Hazlet, NJ 07730

In Re:

Yashee Parker

Case No.: _____26-11747_____

Judge: _____MBK_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1.      ☒ Motion for Relief from the Automatic Stay filed by _____Rocket Mortgage_____,
creditor,

A hearing has been scheduled for _____July 8, 2026_____, at __9 AM__.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons (choose one):

☐ Payments have been made in the amount of $ _____, but have not
been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes

repayment as follows (explain your answer):
The Debtor has filed a modified Plan (see document 23) which provides for the sale of the property and which provides that Debtor will make adequate proteciton payments to the secured creditor of $1760 which is the amount of the regular monthly mortgage payment. The Debtor has already made 2 payments of $1910.74 each to the secured creditor. The property's current value is $483,000.

☒ Other (explain your answer):
(see attached apprasial marked Exhibit A). From the proceeds of the sale the secured creditors and all the unsecured creditors will be paid in full and any leftover equity will be paid to the Debtor. The sale of the property is in the best interest of all credtiors and the debtor. Based on the foregoing I request that the secured credtior Rocket Mortgage Motion for Relief of Stay be denied.

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: 6-25-26

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

NOTES:

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



**Seller Report**

# 1708 Heck Ave
# Neptune, NJ 07753





## Lawrence Vecchio

Broker

*New Jersey Real Estate License #7871741*

☎ Home (732) 930-0727
🖨 (732) 264-6127
✉ njhomes@mindspring.com
🌐 larry.vrihomes.com

**VRI HOMES**

**RPR** 6/19/2026

Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity

Page 1 of 11

Seller Report

# 1708 Heck Ave, Neptune, NJ 07753





Imagery ©2026 Airbus, Maxar Technologies

■ **Pre-foreclosure** **Off Market / Public Record** · Re-recorded Notice of Lis Pendens

**Closed Price**

## $176,000

Off Market Date 10/29/2014

**RVM®**

## $483,910

RVM® Updated 6/6/2026

| RVM® Estimated Range | RVM® Confidence |
|---|---|
| $435.5K          $532.3K | ☆ ☆ ☆ ☆ ☆ |

| RVM® Month Change | RVM® Year Change |
|---|---|
| ↑ $3,050 | ↓ 1.86% |

This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.

 



# 1708 Heck Ave, Neptune, NJ 07753

# Property Information

## Property Facts

| Name | Public Facts | Agent Refinements |
|---|---|---|
| Property Type | Single Family | – |
| Property Subtype | Single Family Residential | – |
| Bedrooms | 3 | – |
| Total Baths | 3 | – |
| Full Baths | 2 | – |
| Partial Baths | 1 | – |
| Living Area (sq ft) | 1,736 | – |
| Building Area (sq ft) | 1,736 | – |
| Lot Size | 9,000 sq ft | – |
| Lot Dimensions | 9000 SF | – |
| Garage (spaces) | 0 | – |
| Year Built | 1955 | – |
| Total Rooms | 7 | – |
| Roofing | Shingle (Not Wood) | – |
| Heating | Forced Air Unit | – |
| Foundation | Concrete Block | – |
| Construction | Frame | – |
| Exterior Walls | Siding (Alum/Vinyl) | – |
| Number of Buildings | 1 | – |
| Number of Units | 0 | – |
| Number of Stories | Split Level | |

## Interior Features

### PUBLIC

| 1st Floor | 1120 sq ft | Upper Story | 616 sq ft |
|---|---|---|---|

 

Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# 1708 Heck Ave, Neptune, NJ 07753

## Exterior Features

PUBLIC

| | | | |
|---|---|---|---|
| Topography | Level grade | Lot Size - Square Feet | 9,000 sq ft |
| Lot Size - Frontage Feet | 75 sq ft | Lot Size - Depth Feet | 120 sq ft |
| Lot Size - Acres | 0.21 acres | Water | Yes |
| Sewer | Yes | Roof Type | Gable |
| Current Use | Single Family Residential | Building Condition | Average |
| Patio | 200 | | |

## Legal Description

| | | | |
|---|---|---|---|
| Parcel Number | 35 00506-0000-00003 | Tax ID | 00034144 |
| County | Monmouth County | Zoning | B-1 |
| City/Municipality/Township | NEPTUNE TWP | Census Tract | 340258076.001012 |
| Carrier Route | C001 | Abbreviated Description | BLK:506 DIST:35 CITY/MUNI/TWP:NEPTUNE TWP ADDITIONAL LOTS: 443,444 MAP REF:TAX MAP 17 |
| Current Use | Single Family Residential | | |

## Owner Facts

| | | | |
|---|---|---|---|
| Owner Name (Public) | YASHEE PARKER | Time Owned | 10-15 Yrs |
| Mailing Address | 1708 Heck Ave Neptune NJ 07753-4724 | Owner Occupied | Yes |

## Location Details

| | |
|---|---|
| Flood Zone | X (unshaded) |

Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# 1708 Heck Ave, Neptune, NJ 07753



# Market Trends

## Market Trends for Neptune, NJ 07753

Single Family Residence



**May 2026**

**Market Type**

Seller's Market          Balanced Market          Buyer's Market

**Key Details**

| Months of Inventory | Sold to List Price % | Median Days in RPR | Median Sold Price |
|---|---|---|---|
| **3.27** | **110.7%** | **15** | **$577,760** |
| ↑ 63.5% MoM | ↑ 11.95% MoM | ↓ 34.78% MoM | ↓ 0.39% MoM |

## May 2026 Median Estimated Property Value

Single Family Residence

This graphic displays property estimates for a market area and a subject property, where one has been selected. Estimated property values are generated by a valuation model and are not formal appraisals.

**Source:** Public records, and MLS sources where licensed

**Update Frequency:** Monthly

| Median Estimated Value | Last Month Change | 12 Month Change |
|---|---|---|
| **$606,270** | **+0.2%** | **+5.8%** |



07753    Monmouth County    New Jersey    USA



**RPR**  6/19/2026      Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.      Page 5 of 11



# 1708 Heck Ave, Neptune, NJ 07753

## May 2026 Active Listings

Neptune, NJ 07753

Single Family Residence

This graphic summarizes key statistics for properties that were in an active status on the last day of each month. RPR uses list date and a derived pending date to determine if the listing was active on the last day of the month. An end-of-month snapshot of active listings helps to understand inventory levels, price points and duration on the market.

**Source:** Listing sources

**Update Frequency:** Monthly

### Median List Price - $649,995

↓ 0% Month over Month



 

Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.

Seller Report



# 1708 Heck Ave, Neptune, NJ 07753

## May 2026 Sold Listings

Neptune, NJ 07753

Single Family Residence

This graphic summarizes key statistics for properties that sold each month. RPR uses a derived sold date to determine when a property moved into a sold status within the given month. These statistics are important for understanding the price points on sold properties as well as the difference between the list price and sold price, which reveals whether buyers are paying over or under the asking price.

Source: Listing sources

Update Frequency: Monthly

**Median Sold Price - $577,760**

↓ 0.4% Month over Month



## Total Sales and Active Listings in Neptune, NJ 07753

Single Family Residence

This graph compares the number of sales with the number of active listings in the local market.

Source: MLS data where licensed

Update Frequency: Monthly







# 1708 Heck Ave, Neptune, NJ 07753

## Median Sold Price vs Sold Listings in Neptune, NJ 07753

Single Family Residence

This chart compares the trend of median sold price and number of sold listings for the given location.

**Source:** Listing Data

**Update Frequency:** Monthly



## Median List Price vs Active Listings in Neptune, NJ 07753

Single Family Residence

This chart compares the trend of median list price and number of active properties for the given location.

**Source:** Listing Data

**Update Frequency:** Monthly



RPR   6/19/2026        Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



Seller Report



# 1708 Heck Ave, Neptune, NJ 07753

# Market Activity

## Market Activity Filters

**Sort Order:** Date

**Maximum Properties Per Change Type:** 8

**Change Types:** New Listings, Pending, Closed, Distressed, Expired

**Property Types:** Single Family

**Property Features:** Sale Price: Any, Lease Price: Any, Beds: Any, Baths: Any, Living Area: Any, Lot Size (acre): Any, Year Built: Any

## Summary

### For Sale Activity in the Last 12 Months



| | New | Pending | Closed | Distressed | Expired |
|---|---|---|---|---|---|
| Number of Properties | 8 | 8 | 8 | 8 | 8 |
| Lowest Listing Price / Est.Value | $425,000 | $365,000 | $405,000 | $400,000 | $365,000 |
| Median Listing Price / Est.Value | $699,950 | $617,450 | $697,500 | $579,310 | $545,000 |
| Highest Listing Price / Est.Value | $3,500,000 | $995,000 | $1,300,000 | $3,500,000 | $750,000 |
| Median Living Area (sqft) | 1,667 | 1,543 | 1,945 | 1,799 | 1,316 |
| Median Price / sqft | $437 | $429 | $389 | $389 | $350 |
| Average Days in RPR | 3 | 23 | 22 | 52 | 91 |
| Median Days in RPR | 4 | 19 | 13 | 52 | 92 |
| Median Age | 51 | 68 | 74 | 85 | 67 |
| Source | Listings | Listings | Public Records & Listings | Public Records & Listings | Listings |

Copyright 2026 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



**1708 Heck Ave,** Neptune, NJ 07753



# Pricing Strategy

This chart compares the high, low and median price of homes in various listing statuses in the subject property's ZIP code to help determine the asking price for the subject property. The prices of the Selected Comps are closed prices where available.

| | For Sale or For Lease Listings | Pending Sales | Distressed | Expired Listings | Closed |
|---|---|---|---|---|---|
| Lowest Price | $180,000 | $365,000 | $419,000 | $115,000 | $60,000 |
| Median Price | $739,000 | $599,900 | $594,605 | $431,950 | $655,990 |
| Highest Price | $3,500,000 | $1,247,180 | $1,475,000 | $1,599,000 | $940,000 |
| Median Price per sq.ft. | $393 | $444 | $364 | $258 | $315 |
| Median Days in RPR | 23 | 31 | – | 1,215 | 109 |

## Sold Price Comparison

This section compares prices for 23 properties in the subject property's ZIP code with a similar number of beds and baths, sold within the past 90 days.

| | Sold Price | Price Per Sq. Ft. |
|---|---|---|
| Lowest Price | $479,000 | $300 |
| Median Price | $670,000 | $360 |
| Highest Price | $755,000 | $605 |

## CMA Summary

This section compares the prices of agent-selected properties near the subject property.

| | |
|---|---|
| Average of Comps | – |
| Adjustments | – |
| Result of CMA Analysis | – |

## Refined Value Summary

This section uses property characteristics, home improvements made, and market conditions.

| | |
|---|---|
| Original Estimated Value | $483,910 |
| Changes Based on Home Facts | – |
| Home Improvement Adjustments | – |
| Needed Improvement Adjustments | -$50,000 |
| Market Condition Adjustments | -$97,662 |
| Estimate + Adjustments | $336,248 (or $194 per sq ft) |

 



# 1708 Heck Ave, Neptune, NJ 07753

## About RPR

- RPR® is the nation's largest property database, exclusively for REALTORS®. It empowers REALTORS® to help buyers and sellers make informed decisions, backed by a real estate database covering more than 160 million residential and commercial properties in the United States.

- RPR is a wholly owned subsidiary of the National Association of REALTORS® and a member benefit to REALTORS®.

- RPR's data sources range from MLSs and county-level tax and assessment offices, to the U.S. Census and FEMA, to specialty data set providers such as Esri (consumer data), Niche (school information) and Precisely (geographic boundaries).

## Learn More

For more information about RPR, please visit RPR's public website: https://blog.narrpr.com

 

