UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli Esq.
029371985
3400 Highway 35 Suite 4
Hazlet, NJ 07730
pmirabelli@verizon.net

In Re:
Yashee Parker

Case No.: 26-11747

Judge: MBK

Chapter: 13

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Yashee Parker, is the (check all that apply):

☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☒ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ____________________

2. The applicant seeks to retain the following professional ____________________ to serve as (check all that apply):

☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of ____________________

☒ Other Professional:

☒ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ______

3. The employment of the professional is necessary because:
Debtor is seeking to sell the property 1708 Heck Ave, Neptune, NJ as part of the Debtors Chapter 13 Plan

4. The professional has been selected because:
The Realtor's considerable expertise in Selling Real Estate the Debtor believes that is well qualified to act as Realtor for Debtor

5. The professional services to be rendered are as follows:
See attached Certification of Connie King

6. The proposed arrangement for compensation is as follows:
A total commission of 4% of the Sale price

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: ______________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 1708 Heck Ave, Neptune, NJ 07753

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 9/3/2026

Signature of Applicant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(B)

Paul N. Mirabelli Esq.
029371985
3400 Highway 35 Suite 4
Hazlet, NJ 07730
pmirabelli@verizon.net

In Re:
Yashee Parker

Case No.: 26-11747

Judge: MBK

Chapter: 13

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Connie King, being of full age, certify as follows:

1. I am seeking authorization to be retained as a Realtor.

2. My professional credentials include: I am a licensed Real Estate Agent with the office of Weichert Realtors. I have over 26 years experiance as a real estate agent

3. I am a member of or associated with the firm of: Weichert Realtors.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows 4% of the selling price.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______________________________

______________________________

______________________________

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: ______________________________

______________________________

______________________________

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: ______________________________

______________________________

______________________________

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: N/A

______________________________

______________________________

b. The proposed method of calculation of my compensation, including rates and formulas, is: N/A

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: 4%

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☒ No ☐ Yes (explain below)

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 1708 Heck Ave, Neptune, NJ 07753

I certify under penalty of perjury that the above information is true.

Date: 09/02/2026

Connie King
Signature of Professional

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul N. Mirabelli Esq.
029371985
3400 Highway 35 Suite 4
Hazlet, NJ 07730
pmirabelli@verizon.net

In Re:
Yashee Parker

Case No.: 26-11747

Chapter: 13

Judge: MBK

**ORDER AUTHORIZING RETENTION OF**

Professional Weichert Realtors

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain Weichert Realtors as Realtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: 2165 Route 35
Sea Girt, NJ 08750

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.