UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul N. Mirabelli Esq.
029371985
3400 Highway 35 Suite 4
Hazlet, NJ 07730
pmirabelli@verizon.net

United States Bankruptcy Court for the District of New Jersey

**Order Filed on September 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Yashee Parker

Case No.: 26-11747

Chapter: 13

Judge: MBK

**ORDER AUTHORIZING RETENTION OF**

Professional Weichert Realtors

The relief set forth on the following page is **ORDERED**.

**DATED: September 14, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Weichert Realtors as Realtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 2165 Route 35
   Sea Girt, NJ 08750

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.