Order Filed on September 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Rocket Mortgage, LLC s/b/m
Nationstar Mortgage LLC

In Re:
Yashee Parker

Debtor

Case Number: 26-11747-MBK

Judge: Michael B. Kaplan

Hearing Date(s): July 8, 2026

Chapter: 13

| | | |
|---|---|---|
| Recommended Local Form | ☐ Followed | ☑ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 28, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Applicant: Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

Applicant's Counsel: Steven K. Eisenberg

Debtor's Counsel: Paul N. Mirabelli

Property Involved ("Collateral"): 1708 Heck Ave, Neptune, NJ 07753

Relief sought:

- ☑ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☑ The Debtor is overdue for 5 months, from 05/01/2026 to 09/01/2026.

   ☑ The Debtor is overdue for 5 payments at $1,910.74 per month.

   ☐ The Debtor is assessed for ___ late charges at $__________ per month.

   ☐ Applicant acknowledges receipt of funds in the amount of $______ received after the motion was filed.

   Total Arrearages Due $9,553.70.

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of $__________ received. Payment shall be made no later than __________.

☐ Beginning on __________, regular monthly mortgage payments shall continue to be made in the amount of $__________.

☐ Beginning on ____________________, additional monthly cure payments shall be made in the amount of $_________ for _______ months.

☑ Within ninety (90) days of entry of this order, Debtor will obtain a payoff from Secured Creditor and have sale completed to payoff the full amount to the Creditor.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: ______________________________

______________________________

______________________________

☐ Regular monthly payment: ______________________________

______________________________

______________________________

☐ Monthly cure payment: ______________________________

______________________________

______________________________

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to sell the property within ninety (90) days, make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☑ In the event that this case is dismissed, discharged or converted to a different chapter under

the bankruptcy code, the terms and conditions of this Agreed Order shall be deemed null and void.

5. Award of Attorneys' Fees:

☑ The Applicant is awarded attorneys fees of $1,350.00, and costs of $199.00.

The fees and costs are payable:

☑ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

Paul N. Mirabelli, Esquire
Counsel for Debtor

/s/ Steven K. Eisenberg

Steven K. Eisenberg, Esquire
STERN & EISENBERG, PC
Attorney for Movant

Rev.8/1/15